## **VERIFICATION**

STATE OF ARIZONA  )
                  ) ss.
County of Maricopa )

George Olds states:

That he is an Officer of U-Haul International, Inc.; that he makes this verification being acquainted with the facts. Affiant states that he has read the above and foregoing Complaint and knows the contents thereof; that the same is true of his own personal knowledge except as to those statements made therein upon information and belief and as to those, he believes them to be true.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that this Verification was executed on the 2ND day of JULY ~~April,~~ 2008, in Phoenix, Arizona.

_____
George Olds
Assistant Secretary
U-Haul International, Inc.

SUBSCRIBED AND SWORN to before me the undersigned Notary Public this 2ND day of JULY, 2008.

_____
Notary Public

My Commission Expires:

7-2-2011



Linda Ahumada
Notary Public
Maricopa County, Arizona
My Comm. Expires 07-02-2011

1