# EXHIBIT E

# Moving Help
## 2005

Home Page

MH – 1







**Choose your moving helpers by comparing prices and customer reviews.**

**Request help and get an answer within 24 hours.**

**When the work is done, give the moving helpers their payment code, which they redeem with eMove to get paid.**

## Protection from scams

Moving on eMove is safe and easy — with the payment code, you are always in control when you make your move on eMove. Learn more about how we protect you...



Help others move! Become a moving helper and get all the business you can handle.

Cancellations and refunds    Contact us    Become a moving helper    eMove home

Copyright © 2004 eMove, Inc. All rights reserved. Privacy practices

# Moving Help
## 2005

## Services Page

## MH – 2

## Services in Niles, OH 44446

**Equipment and supplies not included - labor only.**

- ☑ Load/Unload Help — 4/1/2008
- ☐ Pack/Unpack Help — 4/1/2008
- ☐ Cleaning Help/Maid Services — 4/1/2008
- ☐ Driving Help — 4/1/2008

List all services

[Continue]

Copyright © 2004 eMove, Inc. All rights reserved. Privacy practices

# Moving Help
## 2005

## Service Provider List

## MH – 3a

Niles, OH 44446
▶ Load/Unload Help - Tuesday, April 01, 2008

## Choose your helper

How to use eMove and prevent scams

Sorted by helper ranking. All rates are in US dollars.

| MITCHELL MOVERS (Profile) | ★★★★★ 5.0 (24 reviews) | Rates | |
|---|---|---|---|
| 1 person Moving Help | | $35.00 / hour (+ $35.00 flat travel fee) | Select |
| 2 person Moving Help | | $60.00 / hour (+ $40.00 flat travel fee) | Select |
| 3 person Moving Help | | $80.00 / hour (+ $40.00 flat travel fee) | Select |

| Dana Guthrie (Profile) | ★★★★ 4.0 (6 reviews) | Rates | |
|---|---|---|---|
| 1 person Moving Help | | $35.00 / hour (+ $35.00 flat travel fee) | Select |
| 2 person Moving Help | | $60.00 / hour (+ $40.00 flat travel fee) | Select |

| Chris Breter (Profile) | ★★★★ 4.0 (31 reviews) | Rates | |
|---|---|---|---|
| 1 person Moving Help | | $45.00 / hour (+ $19.95 flat travel fee) | Select |
| 3 person Moving Help | | $125.00 / hour (+ $25.00 flat travel fee) | Select |
| 4 person Moving Help | | $150.00 / hour | Select |

| Bridge City Movers (Profile) | ★★★★ 4.0 (30 reviews) | Rates | |
|---|---|---|---|
| 1 person Moving Help | | $30.00 / hour (+ $35.00 flat travel fee) | Select |
| 2 person Moving Help | | $55.00 / hour (+ $35.00 flat travel fee) | Select |
| 3 person Moving Help | | $77.00 / hour (+ $35.00 flat travel fee) | Select |
| 4 person Moving Help | | $120.00 / hour (+ $35.00 flat travel fee) | Select |

| FiveStarPlus LLC (Profile) | ★★★ 3.0 (32 reviews) | Rates | |
|---|---|---|---|
| 1 person Moving Help | | $30.00 / hour (+ $35.00 flat travel fee) | Select |
| 2 person Moving Help | | $50.00 / hour (+ $40.00 flat travel fee) | Select |

| Always Moving (Profile) | ★★★ 3.0 (6 reviews) | Rates | |
|---|---|---|---|
| 2 person Moving Help | | $65.00 / hour (+ $75.00 flat travel fee) | Select |

| Mr. Banks Moving & Storage -INSURED (Profile) | ★★★ 3.0 (47 reviews) | Rates | |
|---|---|---|---|
| 1 person Moving Help | | $35.00 / hour | Select |

| | | | |
|---|---|---|---|
| | | (+ $35.00 flat travel fee) | |
| 2 person Moving Help | | $60.00 / hour (+ $45.00 flat travel fee) | Select |
| 3 person Moving Help | | $80.00 / hour (+ $50.00 flat travel fee) | Select |
| 4 person Moving Help | | $100.00 / hour (+ $60.00 flat travel fee) | Select |
| **Almost Home Moving** (Profile) | ★★★ 3.0 (8 reviews) | Rates | |
| 1 person Moving Help | | $35.00 / hour (+ $35.00 flat travel fee) | Select |
| 2 person Moving Help | | $60.00 / hour (+ $35.00 flat travel fee) | Select |
| 3 person Moving Help | | $85.00 / hour (+ $35.00 flat travel fee) | Select |
| 4 person Moving Help | | $107.00 / hour (+ $35.00 flat travel fee) | Select |
| **alan taylor** (Profile) | ★★★ 3.0 (2 reviews) | Rates | |
| 4 person Moving Help | | $100.00 / hour (+ $50.00 flat travel fee) | Select |
| **DJETTS MOVING CO.** (Profile) | ★★★ 3.0 (1 review) | Rates | |
| 1 person Moving Help | | $45.00 / hour (+ $50.00 flat travel fee) | Select |
| 2 person Moving Help | | $75.00 / hour (+ $65.00 flat travel fee) | Select |
| **B-MOVED LLC** (Profile) | ★★★ 3.0 No reviews | Rates | |
| 2 person Moving Help | | $90.00 / hour (+ $50.00 flat travel fee) | Select |
| **Frank Foldesi** (Profile) | ★★★ 3.0 No reviews | Rates | |
| 1 person Moving Help | | $22.50 / hour (+ $35.00 flat travel fee) | Select |
| **Moving Experts** (Profile) | ★★★ 3.0 No reviews | Rates | |
| 1 person Moving Help | | $20.00 / hour (+ $20.00 flat travel fee) | Select |
| 2 person Moving Help | | $42.50 / hour (+ $20.00 flat travel fee) | Select |
| 3 person Moving Help | | $70.00 / hour (+ $20.00 flat travel fee) | Select |
| 4 person Moving Help | | $85.00 / hour (+ $20.00 flat travel fee) | Select |
| 5 person Moving Help | | $100.00 / hour (+ $40.00 flat travel fee) | Select |
| **Papal And Kids** (Profile) | ★★★ 3.0 No reviews | Rates | |

| | | | |
|---|---|---|---|
| 5 person Moving Help | | $80.00 / hour<br>(+ $50.00 flat travel fee) | Select |
| **J & J Moving and Cleaning** (Profile) | ★★ 2.0 (6 reviews) | **Rates** | |
| 1 person Moving Help | | $30.00 / hour<br>(+ $25.00 flat travel fee) | Select |
| 2 person Moving Help | | $60.00 / hour<br>(+ $25.00 flat travel fee) | Select |
| **Y-CITY-HELPERS** (Profile) | ★★ 2.0 (1 review) | **Rates** | |
| 2 person Moving Help | | $50.00 / hour<br>(+ $50.00 flat travel fee) | Select |
| **Dependable Movers** (Profile) | ★ 1.0 No reviews | **Rates** | |
| 1 person Moving Help | | $30.00 / hour<br>(+ $25.00 flat travel fee) | Select |
| 2 person Moving Help | | $60.00 / hour<br>(+ $25.00 flat travel fee) | Select |
| 3 person Moving Help | | $85.00 / hour<br>(+ $15.00 flat travel fee) | Select |
| 4 person Moving Help | | $125.00 / hour<br>(+ $15.00 flat travel fee) | Select |

I do not want this service.

Copyright © 2004 eMove, Inc. All rights reserved. Privacy practices

# Moving Help
## 2005

Profile

MH – 3b

# MITCHELL MOVERS

<u>Customer reviews</u>     <u>How to contact</u>

Based out of Pittsburgh, PA
Service providers cover a maximum of a 100 mile radius

courteous and experienced movers to make sure your move is as easy and worry free as possible.

## Available times

| Day | Hours |
|---|---|
| Sunday | 4:00 AM - 11:00 PM |
| Monday | 4:00 AM - 11:00 PM |
| Tuesday | 4:00 AM - 11:00 PM |
| Wednesday | 4:00 AM - 11:00 PM |
| Thursday | 4:00 AM - 11:00 PM |
| Friday | 4:00 AM - 11:00 PM |
| Saturday | 4:00 AM - 11:00 PM |

## Services

| Service | Price |
|---|---|
| **Load/Unload Help** 1 person Moving Help | $35.00/hour (+ $35.00 travel fee) |
| **Load/Unload Help** 2 person Moving Help | $60.00/hour (+ $40.00 travel fee) |
| **Load/Unload Help** 3 person Moving Help | $80.00/hour (+ $40.00 travel fee) |
| **Pack/Unpack Help** 1 person Moving Help | $30.00/hour (+ $35.00 travel fee) |
| **Pack/Unpack Help** 2 person Moving Help | $50.00/hour (+ $40.00 travel fee) |
| **Furniture Assembly** 1 person Moving Help | $20.00/hour (+ $35.00 travel fee) |

close window

# Moving Help
## 2005

Reviews

MH – 3c

# MITCHELL MOVERS

**Mover info**    **How to contact**

**Overall rating:** ★★★★★ (24 comments)
Jobs declined: 4 (7% of requests)
**Jobs completed: 47**
Average response time: 4.4 hours

Helpers' ratings are based on service and reliability, as judged by other moving families.

---

**Rating: 5**
*LARISSA M. (Load/Unload Help in Morgantown, WV):*
They were wonderful! They didnt take any breaks at all, worked at a fast pace and were very friendly! :) *(03/10/08)*

---

**Rating: 5**
*shalen Y. (Load/Unload Help in Cleveland, OH):*
Excellent experience. Showed on time. Did not wasted time. Knew how to load a U-Haul and was very careful with belongings. Would highly recommend and would use again. *(03/04/08)*

---

**Rating: 5**
*Randy W. (Load/Unload Help in Cuyahoga Falls, OH):*
Awesome job. They showed up on time and worked very hard. Extremely courteous, and very careful. They did the full load/unload of a 3BR house in 4 hours. I HIGHLY recommend these guys. *(03/03/08)*

---

**Rating: 5**
*Pamela J. W. (Load/Unload Help in Cleveland, OH):*
Mitchell's was great. Bad weather and acts of God aside, they were there on time and went above and beyond in completing the assignment. I'd use them again in a heartbeat, and highly recommend them. *(03/01/08)*

---

**Rating: 5**
*William L. (Load/Unload Help in Kittanning, PA):*
These guys are excellent movers. They are hard working, careful, and very conscientious. I would recommend them to anyone involved with a relocation. *(02/25/08)*

---

**Rating: 5**
*rany E. (Load/Unload Help in Beachwood, OH):*
Mitchell movers to an excellent job! I highly recommend them. They were fast efficient and very careful with my valuables. Not one scratch or dent. I will use them again. *(02/18/08)*

---

**Rating: 5**
*Pamela M. (Load/Unload Help in Chesterland, OH):*
Great! Very professional and fast. Never complained. Stayed until the job got done without any problem. Highly recommended. *(02/13/08)*

**Rating: 5**
*Ching-Yuan L. (Load/Unload Help in Cleveland, OH):*
HONEST, polite, and well-equipped with effective moving skills, knowledge, and extra tools to do an efficient job, I HIGHLY RECOMMEND their services to those who are in need of GOOD help on moving!!! *(02/08/08)*

**Rating: 5**
*Ching-Yuan L. (Pack/Unpack Help in Cleveland, OH):*
HONEST, polite, and well-equipped with effective moving skills, knowledge, and extra tools to do an efficient job, I HIGHLY RECOMMEND their services to those who are in need of GOOD help on moving!!! *(02/08/08)*

**Rating: 5**
*Mark W. (Load/Unload Help in Stow, OH):*
Great Job!!!! *(02/05/08)*

**Rating: 5**
*leon B. (Load/Unload Help in Steubenville, OH):*
Bill of Mitchell movers was very profesional. I would use him again *(01/31/08)*

**Rating: 4**
*Lynda L C. (Load/Unload Help in Pittsburgh, PA):*
They packed the truck very nicely. *(01/29/08)*

**Rating: 5**
*Sarah G. (Load/Unload Help in Monroeville, PA):*
Bill and Jesse were great! - on-time, hard working, organized, friendly and communicative. I would recommend them to friends and relatives. *(01/28/08)*

**Rating: 5**
*thomas S. (Load/Unload Help in Leechburg, PA):*
They were excellent. *(01/23/08)*

**Rating: 5**
*Bruce K. (Load/Unload Help in Hudson, OH):*
Bill and Jesse did a great job. They were on time, quick and very helpful *(01/15/08)*

**Rating: 5**

*Denise N. (Load/Unload Help in Twinsburg, OH):*
Great service. Very friendly and professional. Would use again. *(01/10/08)*

**Rating: 5**
*LiDell E. (Load/Unload Help in Morgantown, WV):*
They worked fast ane were very professional. I plan t use them again for my next move. *(01/07/08)*

**Rating: 5**
*Amitabh A. (Load/Unload Help in Cleveland, OH):*
They were great and very professional. I would highly recommend them. Not only moved the stuff, but also helped in packing. Five Star Service. *(01/05/08)*

**Rating: 4**
*Thomas M. (Load/Unload Help in Beaver Falls, PA):*
The guy's were great. they loaded up the truck, they were respectfull, and nice. I will use e-move if I ever have to again. I would send anyone to Mitchell movers . *(01/04/08)*

**Rating: 4**
*Darnell W. (Load/Unload Help in Cleveland, OH):*
Those guys did their job. I'd use them again. *(01/03/08)*

**Rating: 5**
*marilyn P. (Load/Unload Help in Canonsburg, PA):*
Wish the rate was lower. *(12/27/07)*

> MITCHELL MOVERS:
> Hi Marilyn, I appreciate the 5 rating,and it was a pleasure working with you. As far as my rates go, they are the lowest on e-move so thats the best i can do.

**Rating: 5**
*Lorna P. (Load/Unload Help in Cranberry TWP, PA):*
I am extremely impressed with Mitchell Movers. They did an excellent job. Mitchell, the owner, was very nice, knowledgeable, and helpful. I would definately recommend him for any moving job. *(12/03/07)*

> MITCHELL MOVERS:
> Thank you so much for the job lorna, it was a pleasure working with you. I look forward to helping you again the next time you move. I hope you enjoy your beautiful new home in cleveland!

**Rating: 5**
*jean O. (Load/Unload Help in Portage, PA):*
These men were very efficient and did a wonderful job. I would recommend them to anyone who needs help moving in that area. *(11/08/07)*

*MITCHELL MOVERS:*
Thanks again Jean. It was my pleasure.

---

**Rating: 5**
*Adam F. (Load/Unload Help in harwick, PA):*
WOW!!! These guys were spectacular. They were on time, courteous and very professional. They took control once they arrived and relieved my stress. highly recommended. *(11/01/07)*

close window