| | |
|---|---|
| LAW OFFICES<br>**BROENING OBERG WOODS & WILSON**<br>PROFESSIONAL CORPORATION<br>POST OFFICE BOX 20527<br>PHOENIX, ARIZONA 85036<br>TELEPHONE: (602) 271-7700<br>FACSIMILE: (602) 258-7785<br>Donald Wilson, Jr./Bar No. 005205<br>Attorneys for Plaintiff | |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| U-Haul International, Inc., a Nevada corporation; eMove, Inc., a Nevada corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>Hire a Helper, LLC, a California limited liability company; Michael Glanz and Amy Glanz, husband and wife; John and Jane Does I - X; ABC Partnerships I – X; XYZ Corporations I – X,<br><br>    Defendants. | IN RELATION TO PLAINTIFFS' APPLICATION FOR PRELIMINARY INJUNCTION:<br><br>PLAINTIFFS' MOTION TO SUBMIT CERTAIN CONFIDENTIAL INFORMATION AND TRADE SECRETS UNDER SEAL |

Plaintiffs U-Haul International and eMove, by and through counsel undersigned, hereby request leave of Court for its order permitting Plaintiffs to file certain confidential information under seal. *Johnson Controls, Inc. v. Phoenix Control Systems, Inc.,* 886 F.2d 1173, 1176-77 (9th Cir. Ariz. 1989). This confidential information includes and is not limited to, certain trade secrets, business know how, business practices, codes, capabilities, systems, strategies, marketing information, financial information, software technologies, process, procedures, methods and applications including intellectual property information relevant to Plaintiffs' Application for Preliminary Injunction filed herewith under separate cover.   It is appropriate for the Court to permit the filing of certain records under seal where such records contain and/or implicate proprietary

information and trade secrets. *GATOR.COM Corp. v. L.L .Bean, Inc.,* 398 F.3d 1125, 1128, fn 2 (9th Cir. CA 2005). *See also Barnett v. Centoni,* 31 F.3d 813, 816, fn 3 (9th Cir. CA 1994)(Motion for *in camera* review of confidential report granted); *Johnson Controls, Inc. v. Phoenix Control Systems, Inc.,* 886 F.2d 1173, 1176-77 (9th Cir. Ariz. 1989)(Submitting documents to district court under seal is a proper procedure in cases involving trade secrets); *Henry Hope X-Ray Products, Inc. v. Marron Carrel, Inc.,* 674 F.2d 1336, 1343 (9th Cir. 1982)(Documents containing trade secrets properly submitted to the district court under seal).

The documents will not be filed until the Court has ruled on this motion. *GATOR.COM Corp. v. L.L .Bean, Inc.,* 398 F.3d 1125, 1128, fn 2 (9th Cir. CA 2005)

A proposed form of Order is submitted herewith.

DATED this 10th day of July, 2008.

BROENING OBERG WOODS & WILSON, P.C.

By      **s/s Donald Wilson, Jr.**
         Donald Wilson, Jr.
         P. O. Box 20527
         Phoenix, Arizona  85036
         Attorneys for Plaintiff