|  | |
|---|---|
| | LAW OFFICES |
| | BROENING OBERG WOODS & WILSON |
| | PROFESSIONAL CORPORATION |
| | POST OFFICE BOX 20527 |
| | PHOENIX, ARIZONA 85036 |
| | TELEPHONE: (602) 271-7700 |
| | FACSIMILE: (602) 258-7785 |

Donald Wilson, Jr./Bar No. 005205

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| U-Haul International, Inc., a Nevada corporation; e-Move, Inc., a Nevada corporation, | Case No. CV 08-01271-PHX-MHB |
| Plaintiffs, | **CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| Hire a Helper, LLC, a California limited liability company; Michael Glanz and Amy Glanz, husband and wife; John and Jane Does I-X; ABC Partnerships I-X; XYZ Corporations I-X, | |
| Defendants. | |

This Corporate Disclosure Statement is filed on behalf of Plaintiffs U-Haul International, Inc. and e-Move, Inc. in compliance with the provisions of: *(check one)*

__X__   Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

____   Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

____   Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of

1  alleged criminal activity is a corporation the government must file a statement
2  identifying the victim and the statement must also disclose the information
3  required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

5  ____ No such corporation.
6  _X_ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as
7  listed below. *(Attach additional pages if needed.)*
8  Relationship: Plaintiff, U-Haul International, Inc., is a publicly owned corporation,
9  and Plaintiff e-Move, Inc. is a subsidiary of U-Haul International, Inc.
10 ____ Publicly held corporation, not a party to the case, with a financial interest in the
11 outcome. *List identity of corporation and the nature of financial interest. (Attach*
12 *additional pages if needed.)* Relationship_____
13 ____ Other (please explain)

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this 22nd day of July, 2008.

/s/*Sarah L. Barnes For:Donald Wilson, Jr.*
Donald Wilson, Jr.
Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2008, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

__/s/ Judy McAuley_____

- 2 -