| | |
|---|---|
| 1 | DUANE S. HORNING (California Bar No. 174995) |
|   | (pro hac vice application pending) |
| 2 | CALIFORNIA BUSINESS LAW GROUP, PC |
|   | Symphony Towers |
| 3 | 750 B Street, Suite 1620 |
|   | San Diego, CA  92101 |
| 4 | Tel: 619-325-1555 |
|   | Fax: 619-325-1559 |

Attorneys for HIRE A HELPER, LLC, a California limited liability company; MICHAEL GLANZ and AMY GLANZ, Defendants

FILED ✓   LODGED ___
RECEIVED ___   COPY ___
AUG 0 8 2008
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ M DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| U-Haul International, Inc., a Nevada corporation; eMove, Inc., a Nevada corporation, | CASE NO. CV 08-1271-PHX-MHB |
| Plaintiffs, | **NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER IN THE INTERESTS OF CONVENIENCE AND JUSTICE** |
| v. | |
| Hire A Helper, LLC, a California limited liability company; Michael Glanz and Amy Glanz, husband and wife; John and Jane Does I–X; ABC Partnerships I–X; XYZ Corporations I–X, | **ORAL ARGUMENT REQUESTED** |
|  | Judge:       HON. MICHELLE H. BURNS |
| Defendants. | |

Defendants HIRE A HELPER LLC, a California limited liability company ("Hire A Helper"), MICHAEL GLANZ, and AMY GLANZ, respectfully will and do hereby do move for an Order to Dismiss for Lack of Personal Jurisdiction and Improper Venue or, in the alternative, to Transfer in the Interests of Convenience and Justice.

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Statement of Facts, the declarations of Michael Glanz and Amy Glanz, the complete files and records of this case, the arguments of counsel, and all other matters as the Court may consider.  Also filed herewith is a

1  proposed order for use by the Court.  The Defendants request oral argument on this
2  motion.

5  DATED: Aug 7, 2008

CALIFORNIA BUSINESS LAW GROUP, PC

By: _____
DUANE S. HORNING
Attorneys for HIRE A HELPER, LLC, a California limited liability company; MICHAEL GLANZ and AMY GLANZ, Defendants