1   Lynda J. Zadra-Symes (State Bar No. 156,511)
    ljs@kmob.com
2   KNOBBE, MARTENS, OLSON & BEAR, LLP
    2040 Main Street, Fourteenth Floor
3   Irvine, CA  92614
    T:: (949) 760-0404; F: (949) 760-9502
4
    Boris Zelkind (State Bar No. 214,014)
5   boris.zelkind@kmob.com
    Knobbe, Martens, Olson & Bear, LLP
6   550 West C Street, Suite 1200
    San Diego, CA 92101
7   T: (619) 235-8550; F: (619) 235-0176

8   Attorneys for Plaintiff and Counterdefendant,
    U-HAUL INTERNATIONAL, INC. and
9   Plaintiff, EMOVE, INC.

10  Duane S. Horning (State Bar No. 174,995)
    dhorning@cblg.biz
11  CALIFORNIA BUSINESS LAW GROUP, PC
    Symphony Towers
12  750 B Street, Suite 1620
    San Diego, CA 92101
13  T: (619) 325-1555; F: (619) 325-1559

14  Attorney for Defendants, HIRE A HELPER, LLC
    and MICHAEL GLANZ

15                  IN THE UNITED STATES DISTRICT COURT

16              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18  U-Haul International, Inc, a Nevada corporation, e-Move, Inc., a Nevada<br>19  corporation, | )  Civil Action No.<br>)  08-CV-01801 H  NLS<br>) |
| 20                    Plaintiff, | )  **JOINT MOTION REQUESTING**<br>)  **APPROVAL AND ENTRY OF** |
| 21           v. | )  **PROPOSED PROTECTIVE ORDER**<br>) |
| 22  Hire a Helper, LLC, a California Corporation limited liability company, Michael Glanz, an<br>23  individual, | )<br>)<br>) |
| 24                    Defendant. | )<br>) |
| 25  ──────────────────────────<br>AND RELATED COUNTERCLAIMS<br>26 | )  Hon. Nita L. Stormes<br>)<br>) |

27

28

                                        08-CV-01801 H  NLS

1    Plaintiffs and Counterdefendants U-Haul International, Inc. and eMove, Inc.

2   ("Plaintiffs") and Defendants and Counterclaimants Hire a Helper, LLC and Michael Glanz

3   ("Defendants") appeared at an Early Neutral Evaluation Conference ("ENE") on December 8,

4   2008.   Although the case did not settle at that time, the parties agreed that client

5   representatives would meet without counsel to continue settlement discussions.  For that

6   purpose, the Court ordered the parties to submit a proposed Stipulated Protective Order.  The

7   parties hereby submit the following Joint Motion Requesting Approval and Entry of Proposed

8   Protective Order to facilitate these ongoing settlement discussions.

9    A continued telephonic ENE is set for January 9, 2009.  The parties' representatives

10   are scheduled to meet in Arizona on or about Friday, December 19, 2008.  The parties and

11   their counsel may have other discussions in person or telephonically before the next

12   scheduled ENE on January 9, 2009.

13    It appearing to the Court that the parties have agreed to the terms of an appropriate

14   Protective Order to govern continued settlement discussions in this action,

15    IT IS HEREBY ORDERED:

16    1.    Confidential Settlement Discussions.  In accordance with Local Civil Rule

17   16.3(h), the continued settlement discussions between the parties shall be off the record,

18   privileged and confidential.

19    2.    Nondisclosure and Nonuse Obligation.  All discussions, documents and

20   information exchanged at the continued settlement conference and in any subsequent

21   settlement discussions between the parties shall not be used for any purpose other than to

22   assist settlement discussion of this matter.  Each of the parties shall not in any way disclose

23   such discussions, documents and information of the other party to any third party, and will

24   not make use of such discussions, documents and information internally except as necessary

25   for settlement negotiations, discussions, and consultations with personnel or authorized

26   representatives of the other party for settlement purposes only.

27    3.    Ownership of Confidential Information and Other Materials.  All confidential

28   information and any derivatives thereof whether created by Discloser or Recipient, remain the

- 1 -                      08-CV-01801 H  NLS

1    property of Discloser.  All confidential information (including without limitation, documents,

2    drawings, sketches and plans) furnished by the Discloser to the Recipient, and any extracts

3    thereof, shall be returned by the Recipient to the Discloser promptly at its request, together

4    with any copies and extracts thereof, or shall be destroyed by the Recipient, and Recipient

5    shall provide to Discloser a certification attesting to such destruction.

6         4.     <u>Disclosure Does Not Affect Discoverability</u>.  Disclosure of any information

7    under this Order or between now and the ENE on January 9, 2009, does not change whether

8    or not such information is otherwise discoverable.  All claims of relevance, confidentiality,

9    trade secret, and privilege continue to apply in the same way as if there had not been

10   disclosure.  Conversely, disclosure of any such information does not create or afford any

11   greater protection than if the information had not been disclosed.

12        5.     <u>Inadmissible Settlement Negotiations</u>.  All discussions, documents and

13   information, exchanged at the conference between the parties scheduled for December 19,

14   2008, and otherwise between the parties and their counsel between now and the ENE on

15   January 9, 2009, shall be inadmissible under Federal Rules of Evidence, Rule 408 as

16   information that is part of accepting or offering a compromise of disputed claims and conduct

17   and statements made in compromise negotiations regarding the claims.

18        IT IS SO STIPULATED.

19                               KNOBBE, MARTENS, OLSON & BEAR, LLP

20

21   Dated: <u>December 18, 2008</u>         By: <u>/s/Boris Zelkind</u>
                                        Lynda J. Zadra-Symes

22                                           Boris Zelkind

23                                   Attorneys for Plaintiff and Counterdefendant
                                U-HAUL  INTERNATIONAL,  INC.  and  Plaintiff

24                                   EMOVE, INC.

25

26

27

28

                            - 2 -                    08-CV-01801 H  NLS

CALIFORNIA BUSINESS LAW GROUP, PC


Dated: <u>December 18, 2008</u>        By: <u>/s/Duane S. Horning</u>
                                                Duane S. Horning

                                          Attorney for Defendants and Counterclaimant,
                                          HIRE A HELPER, LLC and MICHAEL GLANZ


        IT IS SO ORDERED this _____day of _____, _____


                                          _____
                                          Honorable Nita L. Stormes
                                          United States District Court

08-CV-01801 H  NLS

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U-Haul International, Inc, a Nevada corporation, e-Move, Inc., a Nevada corporation, <br><br> Plaintiff, <br><br> v. <br><br> Hire a Helper, LLC, a California Corporation limited liability company, Michael Glanz, an individual, <br><br> Defendant. | ) Civil Action No. <br> ) 08-CV-01801 H  NLS <br> ) <br> ) <br> ) **ACKNOWLEDGMENT AND** <br> ) **NONDISCLOSURE AGREEMENT** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

I, _____, do solemnly swear or affirm that I have been provided with and have read the Protective Order regarding confidentiality in U-HAUL INTERNATIONAL, INC,, ET AL. v. HIRE A HELPER, LLC ET AL., Civil Action No. 08-CV-01801 H  NLS.   I expressly agree that I will not disclose any information received by me pursuant to the Protective Order and I agree to be bound by its terms as ordered by the Court.  I understand that if I violate the terms of the Protective Order, I may be subject to an enforcement proceeding before the Court, and I will comply with and be bound by the terms and conditions of said Order unless and until modified by further order of the Court.  I hereby consent to the jurisdiction of the United States District Court for the Southern District of California for purposes of enforcing this order.


Dated: _____          By: _____

6342439_1
120908

- 4 -                              08-CV-01801 H  NLS