1

2

3

4

5

6

7

8            **UNITED STATES DISTRICT COURT**

9            **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   U-HAUL INTERNATIONAL, INC., a            )   Civil No. 08cv1801 H (NLS)
     Nevada corporation; eMove, INC., a Nevada )
     corporation,                             )   **ORDER FOLLOWING EARLY**
12                                            )   **NEUTRAL EVALUATION**
                                              )   **CONFERENCE, SETTING RULE 26**
13                      Plaintiffs,           )   **COMPLIANCE, AND NOTICE OF**
     v.                                       )   ***TELEPHONIC* CASE MANAGEMENT**
                                              )   **CONFERENCE**
14   HIRE A HELPER, LLC, a California limited  )
     liability company; MICHAEL GLANZ and     )
15   AMY GLANZ, husband and wife; JOHN and     )
     JANE DOES I-X; ABC PARTNERSHIPS I-       )
16   X, XYZ CORPORATIONS I-X,                  )
                                              )
17                      Defendants.            )
                                              )
18   _____ )
                                              )
19   HIRE A HELPER, LLC, a California limited  )
     liability company; MICHAEL GLANZ, an     )
     individual,                              )
20                                            )
                                              )
21                      Counterclaimants,      )
     v.                                       )
                                              )
22   U-HAUL INTERNATIONAL, INC., a            )
     Nevada corporation,                      )
23                                            )
                        Counterdefendant.      )
24   _____ )

25

26        On January 9, 2009, the Court convened an Early Neutral Evaluation Conference in the above-

27   entitled action. The case did not settle.  The Court discussed compliance with Federal Rule of Civil

28   Procedure, Rule 26, and based thereon, issues the following orders:

                                                1                                    08cv1801 H (NLS)

1      1.      Counsel are ordered to appear *telephonically* on ***February 20, 2009 at 2:30 p.m.*** before

2   Magistrate Judge Stormes for a Case Management Conference pursuant to Federal Rule of Civil

3   Procedure 16(b). Plaintiff's counsel shall initiate the telephonic conference.

4      2.      The Rule 26(f) conference shall be completed on or before ***January 30, 2009***.

5      3.      A Joint Discovery Plan is not required at this time.

6      4.      The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur on or before

7   ***February 13, 2009***.

8      Plaintiff's(s') counsel shall serve a copy of this order on all parties that enter this case hereafter.

9   Each responsible attorney of record and all parties representing themselves shall participate in the

10  conference.  Represented parties need not participate.

11     Failure of any counsel or party to comply with this order will result in sanctions.

12     **IT IS SO ORDERED.**

13  DATED:  January 9, 2009

14

15  Hon. Nita L. Stormes
    U.S. Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28